UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-23801-CIV-MORENO**

STEVEN GROSSBERG, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

COLDWELL BANKER RESIDENTIAL
REAL ESTATE LLC d/b/a COLDWELL
BANKER RESIDENTIAL REAL ESTATE,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Joint Stipulation of Dismissal (**D.E. 13**). THE COURT has considered the stipulation and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th of August 2020.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record

2